IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DAWN M. JACKSON and ROBERT ROMERO | § § § | |
| V. | § § | CIVIL ACTION NO. G-10-338 |
| JACOBS FIELD SERVICES NORTH AMERICA, INC. | § § § | |

### O R D E R

Having considered the arguments of counsel at a Hearing on April 21, 2011, it is **ORDERED** that the "Motion for Conditional Class Certification and Notice" (Instrument no. 12) of Plaintiffs is **GRANTED**.

It is further **ORDERED** that the Parties **SHALL** submit their proposed form of Notice to the Court <u>on or before</u> **May 6, 2011**.

**DONE** at Galveston, Texas, this     21st     day of April, 2011.

John R. Froeschner
United States Magistrate Judge