IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAWN M. JACKSON, Individually and on behalf of All Similarly Situated Persons | § § § | |
| V. | § § | C.A. 3:10-cv-00338 |
| JACOBS FIELD SERVICES NORTH AMERICA, INC. | § § § | |

ADR MEMORANDUM TO CLERK OF COURT

ADR METHOD:   Mediation  ✓    Arbitration  ____
             Mini-Trial  ____    Summary Jury Trial  ____

TYPE OF CASE: _Wage & Hour Case_

1. Please check one of the following:
   The case referred to ADR settled  ✓  or did not settle _____.

2. My total fee and expenses were: $ 4200 xo

3. Please list names, address, and telephone numbers of all parties and all counsel of record:

LAW OFFICE OF JOSEF E. BUENKER
Josef F. Buenker
1201 Prince Street
Houston, Texas 77008
(713) 868-3388
FAX: (713) 683-9940
ATTORNEYS FOR PLAINTIFFS,
DAWN M. JACKSON AND
ROBERTO ROMERO, ET AL.

SEYFARTH SHAW LLP
Timothy M. Watson
Esteban Shardonofsky
700 Louisiana Street, Suite 3700
Houston, Texas 77002
(713) 225-2300
FAX: (713) 225-2340
ATTORNEYS FOR DEFENDANT,
JACOBS FIELD SERVICES NORTH
AMERICA, INC.

ADR Provider

Name: _Alvin L. Zimmerman_

Signature: _____

Date: _4/27/12_